UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN KOSTER, <br><br> Plaintiff, <br><br> v. <br><br> SNOHOMISH COUNTY, JOHN LOVICK, former Snohomish County Executive, in his individual and official capacity; and TERRY RYAN, BRIAN SULLIVAN, and STEPHANIE WRIGHT, Members of the Snohomish County Council, in their individual and official capacities, <br><br> Defendants. | No. C16-493 RSM <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

The Court has been notified of the settlement in this case, and it appearing that no issue remains for the Court's determination and pursuant to the stipulation,

IT IS SO ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within thirty (30) days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED this 24th day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - 1
2:16-cv-00493-RSM
4820-0135-7385v.1 0103878-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax